IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

S. R., MOTHER OF P. P., MINOR
CHILD,

     Petitioner,

v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5862

Opinion filed March 20, 2015.

Petition for Writ of Certiorari.

Lara A. Mason, Ponte Vedra Beach, for Petitioner.

Ward L. Metzger, Jacksonville, Troy Farquhar, Jacksonville, Rachel R. Chadsey, Department of Children and Families, Gainesville, and Kelley Schaeffer, Guardian Ad Litem Program, Sanford, for Respondent.

PER CURIAM.

     DENIED.

LEWIS, C. J., MARSTILLER, and OSTERHAUS, JJ., CONCUR.